

July 27, 2023

**J. Bruce Maffeo**

Direct Phone   212-883-4951
Direct Fax       917-521-5866
jbmaffeo@cozen.com

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, NY 10007

**Re:    U.S. v. Deripaska, et al.,  22-CR-518 (PKC)**

Dear Judge Castel:

I represent the defendant Olga Shriki in the above-referenced case. Shriki was released on bail subject to the standard travel restriction, including travel to and from her residence in New Jersey. I write with the consent of the Government to request that Shriki be allowed to travel for the month of August to the states of New York, Massachusetts, North Carolina and Virginia for various family excursions.  Ms. Shriki is currently under the supervision of pre-trial services for the District of New Jersey, and I understand that her officer has no objection to the request, assuming Your Honor approves of the modification.

Your Honor's courtesy in considering this application is appreciated.


Respectfully Submitted,

COZEN O'CONNOR

        /S/

J. BRUCE MAFFEO

JM

Cc: AUSA Vladislav Vainberg (via ECF)
    AUSA Anden Chow (via ECF)
    Shannon Hull Shannon_Hull@njpt.uscourts.gov

LEGAL\65029833\1